IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY | : : | CIVIL ACTION |
| v. | : : | |
| A-1 BRACKET, INC., et al. | : : | NO. 13-3282 |
| GENERAL STAR INDEMNITY COMPANY, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| A-1 BRACKET, INC. | : | NO. 13-3665 |

ORDER

AND NOW, this 17th day of April, 2014, upon consideration of A-1 Bracket, Inc.'s motions to stay these related actions (Docket #37 in 13-3282; Docket #13 in 13-3665), the parties' briefing on the motions, and the parties' April 11, 2014 position letters, and for the reasons discussed in the memorandum opinion filed this day, IT IS HEREBY ORDERED that the motions to stay are GRANTED.  The Clerk of Court shall place the above-captioned actions IN SUSPENSE, pending resolution of the declaratory judgment actions filed in the New Jersey Superior Court and in the Philadelphia Court of Common Pleas.[1]

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.

---

[1] As the Court has decided to stay these actions, it need not at this time determine whether consolidation is appropriate.